## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:24-CV-22883-KMW

Plaintiff:
**CARLOS BRITO**

vs.

Defendant:
**PROLOGIS, L.P. F/K/A AMB PROPERTY, L.P.; AND PECLAU LLC D/B/A BOCAS GRILL;**

For:
Beverly Virues, Esq.
GARCIA-MENOCAL P.L.
350 SEVILLA AVENUE
SUITE 200
CORAL GABLES, FL 33134

Received by LINDSAY LEGAL SERVICES, INC. on the 30th day of July, 2024 at 12:59 pm to be served on **PROLOGIST, L.P. F/K/A AMB PROPERTY C/O CORPORATION SERVICE COMPANY AS R/A, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **31st day of July, 2024** at **8:35 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of PROLOGIST, L.P. F/K/A AMB PROPERTY C/O CORPORATION SERVICE COMPANY AS R/A at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301-2525**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 145, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

MICHAEL C. NOLAN
Certified Process Server, #111

LINDSAY LEGAL SERVICES, INC.
7105 SW 8th STREET
SUITE 307
MIAMI, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2024001833
Ref: 11163

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Date: 7/31/24   Time: 8:35 AM

MCN #111
is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

CARLOS BRITO

*Plaintiff(s)*

v.

PROLOGIS, L.P. f/k/a AMB PROPERTY, L.P.; and PECLAU LLC d/b/a BOCAS GRILL

*Defendant(s)*

Civil Action No. 1:24-cv-22883-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PROLOGIS, L.P. f/k/a AMB PROPERTY
C/O CORPORATION SERVICE COMPANY, Registered Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525, United States.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beverly Virues, ESQ.
C/O Garcia-Menocal, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/30/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts